UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYRACUSE MOUNTAINS CORPORATION,<br><br>     Plaintiff,<br><br>    v.<br><br>PETRÓLEOS DE VENEZUELA S.A.,<br><br>     Defendant. | Docket No.: 1:21-cv-02684-VEC<br><br>**NOTICE OF MOTION TO DISMISS COMPLAINT**<br><br>ORAL ARGUMENT REQUESTED |

  **PLEASE TAKE NOTICE** that, based upon the Memorandum of Law in Support of the Motion to Dismiss Complaint, dated May 21, 2021, and all other pleadings and papers previously filed and served in this action, Defendant Petróleos De Venezuela, S.A., by its undersigned counsel, hereby moves this Court, before the Honorable Valerie Caproni, at the United States District Court for the Southern District of New York, for an order dismissing the Complaint filed by Plaintiff Syracuse Mountains Corporation.

Dated: May 21, 2021
   New York, New York

Respectfully submitted,

**HOGAN LOVELLS US LLP**

By: */s/ Dennis H. Tracey*
   Dennis H. Tracey
   390 Madison Avenue
   New York, NY 10017
   Phone: (212) 918-3000
   Fax: (212) 918-3100

   Richard Lorenzo (admitted *pro hac vice*)
   600 Brickell Avenue, Suite 2700
   Miami, FL 33131
   Phone: (305) 459-6500
   Fax: (305) 459-6550

richard.lorenzo@hoganlovells.com

Catherine Bratic (admitted *pro hac vice*)
609 Main Street, Suite 4200
Houston, TX 77002
Phone: (713) 632-1400
Fax:    (713) 632-1401
catherine.bratic@hoganlovells.com

*Counsel for Defendant*
*Petróleos de Venezuela, S.A.*

**TO** (via ECF):

Nicholas Swerdloff
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 831-6167
Facsimile:  (305) 351-9771
Email: nicolas.swerdloff@hugheshubbard.com

Michael A. DeBernadis
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: (202) 721-4678
Facsimile:  (202) 729-4678
Email: michael.debernardis@hugheshubbard.com

*Counsel for Plaintiff*