

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

October 29, 2021

VIA EFILE

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY  10007
(212) 805-6350
CaproniNYSDChambers@nysd.uscourts.gov

      Re:    *Syracuse Mountains Corp. v. Petróleos de Venezuela S.A.*, No. 21-cv-2684-VEC

Dear Judge Caproni:

      We represent plaintiff Syracuse Mountains Corporation ("Syracuse") in the above-referenced action.  We write jointly with counsel for defendant Petróleos de Venezuela S.A. ("PDVSA") to submit the enclosed Stipulated Confidentiality Agreement and Protective Order.

      Discovery in this matter is set to commence and the parties believe that they may possess sensitive commercial, financial, or other confidential information, which may be requested or need to be disclosed in the course discovery.  The Stipulated Confidentiality and Protective Order sets forth a framework and procedure for the discovery of materials designated as confidential.

      The parties respectfully submit that use of the Stipulated Confidentiality Agreement and Protective Order will streamline and expedite the discovery process.  We present this signed Stipulated Confidentiality Agreement and Protective Order for Your Honor's review and consideration for it to be So Ordered.

Respectfully submitted,


/s/   Nicolas Swerdloff                         /s/ Dennis H. Tracey
Nicolas Swerdloff                                        Dennis H. Tracey
HUGHES HUBBARD & REED LLP           HOGAN LOVELLS US LLP

<div style="display: flex;">

One Battery Park Plaza
New York, NY 10004
Tel: 212-837-6000
Fax: 212-422-4726
nicolas.swerdloff@hugheshubbard.com

Michael A. DeBernardis (admitted *pro hac vice*)
HUGHES HUBBARD & REED LLP
1775 I Street, NW
Washington, DC 20006
Tel: 202-721-4600
Fax: 212-422-4726

*Counsel for Plaintiff Syracuse Mountains Corp.*

390 Madison Avenue
New York, NY 10017
Tel: 212-918-3524
Fax: 212-918-3100
dennis.tracey@hoganlovells.com

Richard Lorenzo (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
600 Brickell Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 459-6500
Fax: (305) 459-6550
richard.lorenzo@hoganlovells.com

Catherine Bratic (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
609 Main Street, Suite 4200
Houston, TX 77002
Telephone: (713) 632-1400
Fax: (713) 632-1401
catherine.bratic@hoganlovells.com

*Counsel for Defendant Petróleos de Venezuela S.A*

</div>