

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918-3000
F  +1 212 918-3100
www.hoganlovells.com

VIA EFILE

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY  10007
(212) 805-6350
CaproniNYSDChambers@nysd.uscourts.gov

  Re: *Syracuse Mountains Corp. v. Petróleos de Venezuela S.A.*, No. 21-cv-2684-VEC

Dear Judge Caproni,

Following the telephonic discovery hearing held on January 21, 2022, the parties have conferred on a proposed order memorializing the Court's oral rulings on the issues raised with the Court. An agreed proposed order, attached as **Exhibit A**, is jointly submitted by the parties for the Court's consideration.

The parties thank the Court for its assistance in resolving this issue.

            Sincerely,

            By: */s/ Dennis H. Tracey*
            HOGAN LOVELLS US LLP
            Dennis H. Tracey
            390 Madison Avenue
            New York, NY 10017
            Phone: (212) 918-3000
            Fax: (212) 918-3100

            Richard Lorenzo (admitted *pro hac vice*)
            600 Brickell Avenue, Suite 2700
            Miami, FL 33131
            Phone:  (305) 459-6500
            Fax: (305) 459-6550
            richard.lorenzo@hoganlovells.com

            Catherine Bratic (admitted *pro hac vice*)
            609 Main Street, Suite 4200
            Houston, TX 77002

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices: Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar.  Business Service Centers:  Johannesburg  Louisville.  Legal Services Center: Berlin.  For more information see www.hoganlovells.com

Phone: (713) 632-1400
Fax:     (713) 632-1401
catherine.bratic@hoganlovells.com

*Counsel for Defendant Petróleos de Venezuela, S.A.*