UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/22

SYRACUSE MOUNTAINS
CORPORATION,

            Plaintiff,

            v.

PETRÓLEOS DE VENEZUELA S.A.,

            Defendant.

Docket No.: 1:21-cv-02684-VEC

**ORDER REGARDING DISCLOSURE OF INFORMATION
RELATING TO PLAINTIFF'S ULTIMATE BENEFICIAL OWNERS**

On January 21, 2022, the Court held a telephonic conference in this matter and heard oral submissions from both parties on a discovery dispute concerning the disclosure of information relating to Plaintiff Syracuse Mountains Corporation's shareholders and ultimate beneficial owners.

Having considered the parties' oral submissions, the Court ORDERS that:

1. Plaintiff must disclose to Defendant's outside counsel the full names of the individuals who are the ultimate beneficial owners of Plaintiff and/or its shareholders, as requested in Defendant's First Interrogatories and Defendant's First Requests for Production.

2. Any information or documents relating to Plaintiff's and/or its shareholders' ultimate beneficial owners and disclosed by Plaintiff to Defendant, pursuant to this Order, shall be marked as "HIGHLY CONFIDENTIAL – EXTERNAL ATTORNEYS' EYES ONLY." Any information or documents disclosed, pursuant to this Order, and marked as "HIGHLY CONFIDENTIAL – EXTERNAL ATTORNEYS' EYES ONLY" shall be subject to the same

restrictions as documents marked as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Stipulated Confidentiality Agreement and Protective Order entered in this case (Docket 30), with the additional restriction that such information may not be disclosed to the persons identified in paragraph 6.2(b) of the Stipulated Confidentiality Agreement and Protective Order.

3. To the extent that Defendant intends to use information marked "HIGHLY CONFIDENTIAL – EXTERNAL ATTORNEYS' EYES ONLY" to support its defenses in this case or any counterclaim, and failing agreement between the parties, Defendant may apply to the Court to seek reclassification of any information marked as "HIGHLY CONFIDENTIAL – EXTERNAL ATTORNEYS' EYES ONLY" to "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "CONFIDENTIAL" under the Stipulated Confidentiality Agreement and Protective Order.

**SO ORDERED.**

**Date:** January 24, 2022

_____
**VALERIE CAPRONI**
**United States District Judge**

AGREED AS TO FORM:

By:     */s/ Dennis H. Tracey*
HOGAN LOVELLS US LLP
Dennis H. Tracey
390 Madison Avenue
New York, NY 10017
Phone: (212) 918-3000
Fax:    (212) 918-3100

Richard Lorenzo (admitted *pro hac vice*)
600 Brickell Avenue, Suite 2700
Miami, FL 33131
Phone: (305) 459-6500
Fax:    (305) 459-6550
richard.lorenzo@hoganlovells.com

Catherine Bratic (admitted *pro hac vice*)
609 Main Street, Suite 4200
Houston, TX 77002
Phone: (713) 632-1400
Fax:    (713) 632-1401
catherine.bratic@hoganlovells.com

*Counsel for Defendant Petróleos de Venezuela, S.A.*


By:     */s/ Michael A. DeBernardis*
HUGHES HUBBARD & REED LLP
Daniel H. Weiner
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 837-6874
daniel.weiner@hugheshubbard.com

Michael A. DeBernardis (admitted *pro hac vice*)
Shayda Vance
1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: (202) 721-4678
michael.debernardis@hugheshubbard.com
shayda.vance@hugheshubbard.com

*Counsel for Plaintiff Syracuse Mountains Corporation*