UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SYRACUSE MOUNTAINS
CORPORATION,

                        Plaintiff,

          -against-

PETRÓLEOS DE VENEZUELA S.A,

                      Defendant.
-------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/11/22
```

21-CV-2684 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties appeared for a pretrial conference on February 11, 2022;

    IT IS HEREBY ORDERED that, for the reasons stated on the record at the February 11, 2022 conference, Defendants' motions for letters of request and letters rogatory are GRANTED.

    IT IS FURTHER ORDERED that Defendant must file an update with the Court regarding the status of the discovery sought every other month beginning on April 1, 2022. Subsequent letters are due on the first of the month, or if the first of the month is a weekend or a holiday, the first business day thereafter.

    IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close the open motions at Dockets 34 and 42.

**SO ORDERED.**

Date: **February 11, 2022**
       **New York, New York**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**