

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

February 16, 2022

VIA EFILE

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007
(212) 805-6350
CaproniNYSDChambers@nysd.uscourts.gov

      Re:      *Syracuse Mountains Corp. v. Petróleos de Venezuela S.A.*,
                No. 21-cv-2684-VEC

Dear Judge Caproni:

      Pursuant to Rule 5 of your Individual Practices in Civil Cases, plaintiff Syracuse Mountains Corporation seeks permission to file a letter under seal. Sealing is appropriate under the Stipulated Confidentiality Agreement and Protective Order (Dkt. 30) and Order Regarding Disclosure of Information Relating to Plaintiff's Ultimate Beneficial Owners (Dkt. 39).

                                       Respectfully submitted,

                                       /s/
                                       Daniel H. Weiner
                                       HUGHES HUBBARD & REED LLP
                                       One Battery Park Plaza
                                       New York, NY 10004
                                       Tel: 212-837-6874
                                       Fax: 212-299-6874
                                       daniel.weiner@hugheshubbard.com

                                       Michael A. DeBernardis (admitted *pro hac vice*)
                                       Shayda Vance
                                       HUGHES HUBBARD & REED LLP
                                       1775 I Street, NW
                                       Washington, DC 20006

Tel: 202-721-4600
Fax: 212-422-4726

*Counsel for Plaintiff Syracuse Mountains Corp.*