



Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/17/22__

February 16, 2022

VIA EFILE

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007
(212) 805-6350
CaproniNYSDChambers@nysd.uscourts.gov

   Re:  *Syracuse Mountains Corp. v. Petróleos de Venezuela S.A.*,
      No. 21-cv-2684-VEC

Dear Judge Caproni:

  Pursuant to Rule 5 of your Individual Practices in Civil Cases, plaintiff Syracuse Mountains Corporation seeks permission to file a letter under seal. Sealing is appropriate under the Stipulated Confidentiality Agreement and Protective Order (Dkt. 30) and Order Regarding Disclosure of Information Relating to Plaintiff's Ultimate Beneficial Owners (Dkt. 39).

          Respectfully submitted,

          /s/
          Daniel H. Weiner
          HUGHES HUBBARD & REED LLP
          One Battery Park Plaza
          New York, NY 10004
          Tel: 212-837-6874
          Fax: 212-299-6874
          daniel.weiner@hugheshubbard.com

          Michael A. DeBernardis (admitted *pro hac vice*)
          Shayda Vance
          HUGHES HUBBARD & REED LLP
          1775 I Street, NW
          Washington, DC 20006

Tel: 202-721-4600
Fax: 212-422-4726

*Counsel for Plaintiff Syracuse Mountains Corp.*

Application GRANTED.

SO ORDERED.

*[signature]*
2/17/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE