MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/2/22__

SYRACUSE MOUNTAINS
CORPORATION,

            Plaintiff,

v.

PETRÓLEOS DE VENEZUELA S.A.,

            Defendant.

Civil Action No. 1:21-cv-02684-VEC

### DEFENDANT'S UNOPPOSED APPLICATION FOR TRANSCRIPT REDACTION

Pursuant to this Court's verbal ruling during the February 11, 2022 pre-trial conference before this Court in the above-captioned matter, Defendant Petróleos de Venezuela, S.A. respectfully requests that lines 9:19 to 10:14 of the February 11, 2022 hearing transcript be redacted in from the version of the transcript made available to the general public through PACER. Counsel for Defendant conferred with counsel for Plaintiff on February 28, 2022, and Plaintiff's counsel confirmed they would not oppose this application.

Dated: February 28, 2022

Respectfully submitted,

HOGAN LOVELLS US, L.L.P.

By: */s/ Dennis H. Tracey*
Dennis H. Tracey
390 Madison Avenue
New York, NY 10017
Phone:  (212) 918-3000
Fax:      (212) 918-3100
dennis.tracey@hoganlovells.com

---

Application GRANTED. The Clerk of Court is respectfully directed to redact lines 9:19 to 10:14 of the February 11, 2022 hearing transcript for the public version of the document.
SO ORDERED.

*[signature]* 3/2/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Richard Lorenzo (admitted *pro hac vice*)
600 Brickell Avenue, Suite 2700
Miami, FL 33131
Phone:   (305) 459-6500
Fax:        (305) 459-6550
richard.lorenzo@hoganlovells.com

Catherine Bratic (admitted *pro hac vice*)
609 Main Street, Suite 4200
Houston, TX 77002
Phone:   (713) 632-1400
Fax:        (713) 632-1401
catherine.bratic@hoganlovells.com

*Counsel for Defendant*
*Petróleos de Venezuela, S.A.*