UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYRACUSE MOUNTAINS CORPORATION,<br><br>     Plaintiff,<br><br>  v.<br><br>PETRÓLEOS DE VENEZUELA S.A.,<br><br>     Defendant. | Civil Action No. 1:21-cv-02684-VEC |

## NOTICE OF INTENT TO PRESENT PROTECTED MATERIAL AT THE HEARING SCHEDULED FOR MARCH 7, 2022

Pursuant to paragraph 6.5 of the Stipulated Confidentiality Agreement and Protective Order entered November 1, 2021 (ECF 30), Defendant hereby advises the Court of Defendant's intent to discuss Protected Material at the hearing scheduled for March 7, 2022.  Defendant defers to the Court on the procedure to be followed by the parties at the hearing with respect to Protected Material.

Dated: March 3, 2022

            Respectfully submitted,

            HOGAN LOVELLS US, L.L.P.

            By: */s/ Dennis H. Tracey*
            Dennis H. Tracey
            390 Madison Avenue
            New York, NY 10017
            Phone: (212) 918-3000
            Fax:  (212) 918-3100
            dennis.tracey@hoganlovells.com

Richard Lorenzo (admitted *pro hac vice*)
600 Brickell Avenue, Suite 2700
Miami, FL 33131
Phone:   (305) 459-6500
Fax:      (305) 459-6550
richard.lorenzo@hoganlovells.com

Catherine Bratic (admitted *pro hac vice*)
609 Main Street, Suite 4200
Houston, TX 77002
Phone:   (713) 632-1400
Fax:      (713) 632-1401
catherine.bratic@hoganlovells.com

*Counsel for Defendant*
*Petróleos de Venezuela, S.A.*