```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SYRACUSE MOUNTAINS                                              :
CORPORATION,                                                    :
                                                                :
                                Plaintiff,                      :
                -against-                                       :     21-CV-2684 (VEC)
                                                                :
PETRÓLEOS DE VENEZUELA S.A,                                     :          ORDER
                                                                :
                                Defendant.                      :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/22

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties appeared for a conference on March 7, 2022;

    IT IS HEREBY ORDERED that, for the reasons stated on the record at the March 7, 2022 conference, the protective order governing disclosure of Plaintiff's ultimate beneficial owners at Docket 38 is MODIFIED such that any information or documents relating to Plaintiff's and/or its shareholders' ultimate beneficial owners and disclosed by Plaintiff to Defendant shall be marked "CONFIDENTIAL", as defined in the parties' stipulated confidentiality agreement and protective order at Docket 30.

    IT IS FURTHER ORDERED that any individual to whom defense counsel discloses the information or documents relating to Plaintiff's and/or its shareholders' ultimate beneficial owners must sign an agreement to be bound, *see* Dkt. 29-1.

    IT IS FURTHER ORDERED that the transcript from the conference that occurred on March 7, 2022 shall be filed on the public docket. The parties must submit proposed redactions not later than one week from receipt of the transcript.

**SO ORDERED.**

Date:  **March 7, 2022**
       New York, New York

**VALERIE CAPRONI**
United States District Judge