UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYRACUSE MOUNTAINS CORPORATION,<br><br>     Plaintiff,<br><br>  v.<br><br>PETRÓLEOS DE VENEZUELA S.A.,<br><br>     Defendant. | Civil Action No. 1:21-cv-02684-VEC<br><br>**NOTICE OF DEFENDANT'S MOTION FOR ISSUANCE OF LETTER OF REQUEST** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum in Support of Defendant's Motion for Issuance of Letters of Request, and all proceedings and pleadings in this action, defendant Petróleos de Venezuela, S.A., by and through undersigned counsel, will move this Court, the United States District Court for the Southern District of New York, at the courthouse thereof, located at 40 Foley Square, New York, New York 10007, before the Honorable Valerie E. Caproni, for: issuance of a letter of request for international judicial assistance from the appropriate judicial authority of Luxembourg, pursuant to 28 U.S.C. § 1781 and Chapter I of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, T.IA.S. No. 7444, 23 U.S.T. 2555, in the form annexed hereto as Exhibit 1, to obtain discovery from the non-party foreign entity Banque J. Safra Sarasin (Luxembourg) SA, and such other and further relief as the Court deems just and proper.

Dated: June 1, 2022

                 Respectfully submitted,

                 HOGAN LOVELLS US, L.L.P.

By: */s/ Dennis H. Tracey*
Dennis H. Tracey
390 Madison Avenue
New York, NY 10017
Phone:   (212) 918-3000
Fax:       (212) 918-3100
dennis.tracey@hoganlovells.com

Richard Lorenzo (admitted *pro hac vice*)
600 Brickell Avenue, Suite 2700
Miami, FL 33131
Phone:   (305) 459-6500
Fax:       (305) 459-6550
richard.lorenzo@hoganlovells.com

Catherine Bratic (admitted *pro hac vice*)
609 Main Street, Suite 4200
Houston, TX 77002
Phone:   (713) 632-1400
Fax:       (713) 632-1401
catherine.bratic@hoganlovells.com

*Counsel for Defendant*
*Petróleos de Venezuela, S.A.*