UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYRACUSE MOUNTAINS CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>PETRÓLEOS DE VENEZUELA S.A.,<br><br>                    Defendant. | Civil Action No.: 21-cv-2684-VEC |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION
FOR ISSUANCE OF LETTER OF REQUEST**

Plaintiff Syracuse Mountains Corporation ("Syracuse") submits this Response to Defendant Petróleos de Venezuela, S.A.'s ("PDVSA") Motion for Issuance of Letter of Request ("Motion") (ECF No. 80) for international assistance from the appropriate judicial authority of Luxembourg to obtain discovery from non-party foreign entity Banque J. Safra Sarasin (Luxembourg) SA ("J. Safra Sarasin").

**RESPONSE**

This is PDVSA's third motion for issuance of letters of request (*see* ECF Nos. 34, 41), and is yet another attempt to extend discovery in this matter in a calculated effort to delay final judgment.  Contrary to PDVSA's assertions, none of the documents produced to date has resulted in evidence relevant to PDVSA's defenses.  PDVSA's most recent request will only further delay discovery and is highly unlikely to lead to material evidence.  PDVSA has already issued ten letters of request, only one of which has led to the production of any documents.  *See*

ECF No. 82.  Of those ten letters, three were directed to entities that are – like J. Safra Sarasin – located in Luxembourg.  *Id*.  Those letters have been forwarded to the Central Authority of Luxembourg and PDVSA has yet to obtain any updates.  *Id*.

      Plaintiff is concerned that discovery in this matter will continue indefinitely if PDVSA is permitted to seek documents from any foreign entity with any connection to Plaintiff or its shareholders.  Accordingly, Plaintiff respectfully requests that the Court order that discovery close by no later than September 15, 2022.  This will provide PDVSA ample time to conclude additional discovery while also ensuring this matter does not stall indefinitely.

New York, New York  
June 9, 2022

                                                Hughes Hubbard & Reed LLP

                                                   /s/ Daniel H. Weiner  
                                                Daniel H. Weiner  
                                                One Battery Park Plaza  
                                                New York, NY 10004  
                                                Tel: 212-837-6874  
                                                Fax: 212-299-6874  
                                                Email: daniel.weiner@hugheshubbard.com

                                                Michael A. DeBernardis (admitted *pro hac vice*)  
                                                Shayda Vance  
                                                1775 I Street, N.W.  
                                                Washington, D.C. 2006-2401  
                                                Tel: 202-721-4678  
                                                Fax: 202-729-4678  
                                                Email: michael.debernardis@hugheshubbard.com

                                                *Counsel for Plaintiff Syracuse Mountains Corporation*