**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/22

SYRACUSE MOUNTAINS
CORPORATION,

                Plaintiff,

v.

PETRÓLEOS DE VENEZUELA S.A.,

                Defendant.

Civil Action No.: 21-cv-2684-VEC

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION
FOR ISSUANCE OF LETTER OF REQUEST**

Plaintiff Syracuse Mountains Corporation ("Syracuse") submits this Response to Defendant Petróleos de Venezuela, S.A.'s ("PDVSA") Motion for Issuance of Letter of Request ("Motion") (ECF No. 80) for international assistance from the appropriate judicial authority of Luxembourg to obtain discovery from non-party foreign entity Banque J. Safra Sarasin (Luxembourg) SA ("J. Safra Sarasin").

**RESPONSE**

This is PDVSA's third motion for issuance of letters of request (*see* ECF Nos. 34, 41), and is yet another attempt to extend discovery in this matter in a calculated effort to delay final judgment.  Contrary to PDVSA's assertions, none of the documents produced to date has resulted in evidence relevant to PDVSA's defenses.  PDVSA's most recent request will only further delay discovery and is highly unlikely to lead to material evidence.  PDVSA has already issued ten letters of request, only one of which has led to the production of any documents.  *See*

ECF No. 82.  Of those ten letters, three were directed to entities that are – like J. Safra Sarasin – located in Luxembourg.  *Id*.  Those letters have been forwarded to the Central Authority of Luxembourg and PDVSA has yet to obtain any updates.  *Id*.

Plaintiff is concerned that discovery in this matter will continue indefinitely if PDVSA is permitted to seek documents from any foreign entity with any connection to Plaintiff or its shareholders.  Accordingly, Plaintiff respectfully requests that the Court order that discovery close by no later than September 15, 2022.  This will provide PDVSA ample time to conclude additional discovery while also ensuring this matter does not stall indefinitely.

New York, New York
June 9, 2022

                                          Hughes Hubbard & Reed LLP

                                             /s/ Daniel H. Weiner
                                          Daniel H. Weiner
                                          One Battery Park Plaza
                                          New York, NY 10004
                                          Tel: 212-837-6874
                                          Fax: 212-299-6874
                                          Email: daniel.weiner@hugheshubbard.com

                                          Michael A. DeBernardis (admitted *pro hac vice*)
                                          Shayda Vance
                                          1775 I Street, N.W.
                                          Washington, D.C. 2006-2401
                                          Tel: 202-721-4678
                                          Fax: 202-729-4678
                                          Email: michael.debernardis@hugheshubbard.com

                                          *Counsel for Plaintiff Syracuse Mountains Corporation*

Because Plaintiff does not object, Defendant's motion for issuance of a letter of request to Banque J. Safra Sarasin (Luxembourg) SA is GRANTED. The Clerk of Court is respectfully directed to close the open motion at Docket 80.

Plaintiff's request that the Court order that discovery close by no later than September 15, 2022 is DENIED without prejudice to Plaintiff re-raising the request pending further discovery updates.

SO ORDERED.

*Valerie Caproni* 6/13/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE