USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYRACUSE MOUNTAINS
CORPORATION,

            Plaintiff,

v.

PETRÓLEOS DE VENEZUELA S.A.,

            Defendant.

Docket No.: 1:21-cv-02684-VEC

**RESPONSE TO PORTUGUESE COURT'S REQUEST
RELATING TO THE LETTER OF REQUEST TO NOVO BANCO, S.A.**

    The United States District Court for the Southern District of New York presents its compliments to the Portuguese Central Authority for the Hague Evidence Convention, and takes note of the letter dated October 10, 2022, in which the Portuguese Central Authority conveys a request for clarification from the Tribunal Judicial da Comarca de Lisboa regarding the Letter of Request issued by this Court on February 11, 2022, concerning evidence sought from Novo Banco, S.A.

    The U.S. Department of State recognizes Juan Guaidó as the lawful Interim President of Venezuela, and accordingly the Ad Hoc Board of Petróleos de Venezuela, S.A. ("PDVSA") appointed by Interim President Guaidó is recognized as the only lawful representative of PDVSA in U.S. Court proceedings, including the above-captioned matter. *See* U.S. Recognition of Venezuela's 2015 National Assembly and Interim President Guaidó, Press Statement from the U.S. Department of State (Jan. 4, 2022), available at https://www.state.gov/u-s-recognition-of-venezuelas-2015-national-assembly-and-interim-president-guaido/; *Caballero v. Fuerzas*

*Armadas Revolucionarias de Columbia*, No. 20-MC-40-LJV, 2021 WL 1884110, at *7–8 (W.D.N.Y. May 11, 2021) ("The Ad Hoc Board therefore is the only lawful governing body of PDVSA that can retain counsel in this case. . . . The United States recognized Guaidó and the National Assembly as the 'only legitimate branch of government' in Venezuela. Exec. Order 13857."). PDVSA is represented in this matter by Dennis H. Tracey, III, Richard C. Lorenzo, Catherine Bratic, and Ian Lewis-Slammon of Hogan Lovells US LLP.

**Date:** October 28, 2022

_____
**HON. VALERIE E. CAPRONI**
**United States District Judge**