USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SYRACUSE MOUNTAINS  :
CORPORATION,  :
 :
                                Plaintiff,  :
          -against-  :         21-CV-2684 (VEC)
 :
PETRÓLEOS DE VENEZUELA S.A,  :         <u>ORDER</u>
 :
                              Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties are currently scheduled to appear for a status conference on Friday, January 6, 2023 at 10:00 A.M., *see* Dkt. 93; and

      WHEREAS that time is no longer convenient for the Court;

      IT IS HEREBY ORDERED that the status conference is adjourned until **Friday, January 13, 2023 at 10:00 A.M.**  The deadline for the parties to submit a joint letter as set forth in Paragraph 10 of their case management plan, *see* Dkt. 32, is extended from Thursday, December 29, 2022 until **Thursday, January 5, 2023**.

**SO ORDERED.**

Date:  **December 20, 2022**
       **New York, New York**

                                                              **VALERIE CAPRONI**
                                                              **United States District Judge**