

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

Dennis H. Tracey, III
Partner
T + 1 212 918 3524
dennis.tracey@hoganlovells.com

December 29, 2022

*VIA ECF*

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007
(212) 805-6350
CaproniNYSDChambers@nysd.uscourts.gov

Re:     *Syracuse Mountains Corp. v. Petróleos de Venezuela S.A.*, No. 1:21-cv-02684-VEC

Dear Judge Caproni:

We represent plaintiff Syracuse Mountains Corporation ("Syracuse") and defendant Petróleos de Venezuela, S.A. ("PDVSA") (collectively the "Parties") in the above-referenced action.  We write to request that this Court extend the deadline for the close of fact discovery in this case by sixty (60) days to March 1, 2023.

The original deadline for fact discovery in this case was February 9, 2022 [ECF No. 32], but that deadline was adjourned when the Court placed the case "on ice" on February 11, 2022 to allow PDVSA sufficient time to pursue foreign discovery requests.  [ECF No. 65 at 13:1–8.]  The Parties subsequently agreed in October 2022 to set a deadline of December 31, 2022 for the close of fact discovery, which the Court adopted in its October 17, 2022 Memo Endorsement.  [ECF No. 93.]  No other extensions of this deadline have been requested.

The Parties have both agreed to the requested extension in order to allow PDVSA to conduct follow-up discovery on new, responsive documents that were produced by Syracuse to PDVSA on December 12, 2022.  The Parties expect that this follow-up discovery can be completed within the requested 60-day extension, and that no further extensions of the deadline for fact discovery will be necessary.

Respectfully submitted,

/s/ *Daniel H. Weiner*                             /s/ *Dennis H. Tracey*

Daniel H. Weiner
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
Tel: 212-837-6000
Fax: 212-422-4726

Michael A. DeBernardis (admitted *pro hac vice*)
Shayda Vance
HUGHES HUBBARD & REED LLP
1775 I Street, NW
Washington, DC 20006
Tel: 202-721-4600
Fax: 212-422-4726

*Counsel for Plaintiff Syracuse Mountains Corp.*

Dennis H. Tracey
Ian Lewis-Slammon
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Tel: 212-918-3524
Fax: 212-918-3100
dennis.tracey@hoganlovells.com
ian.lewisslammon@hoganlovells.com

Richard Lorenzo (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
600 Brickell Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 459-6500
Fax: (305) 459-6550
richard.lorenzo@hoganlovells.com

Catherine Bratic (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
609 Main Street, Suite 4200
Houston, TX 77002
Telephone: (713) 632-1400
Fax: (713) 632-1401
catherine.bratic@hoganlovells.com

*Counsel for Defendant Petróleos de Venezuela S.A.*