AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Syracuse Mountains Corporation, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:21-cv-02684-VEC |
| Petróleos de Venezuela, S.A., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Petróleos de Venezuela, S.A.

Date:   02/28/2023

/s/ Kevin P. Broughel
*Attorney's signature*

Kevin P. Broughel
*Printed name and bar number*

Paul Hastings LLP
200 Park Avenue
New York, NY 10166
*Address*

kevinbroughel@paulhastings.com
*E-mail address*

(212) 318-6483
*Telephone number*

(212) 230-7807
*FAX number*