AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Syracuse Mountains Corporation, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02684-VEC |
| Petróleos de Venezuela, S.A., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Petróleos de Venezuela, S.A.

Date: 02/28/2023

/s/ James L. Ferguson
*Attorney's signature*

James L. Ferguson
*Printed name and bar number*

Paul Hastings LLP
200 Park Avenue
New York, NY 10166

*Address*

jamesferguson@paulhastings.com
*E-mail address*

(212) 318-6799
*Telephone number*

(212) 230-7799
*FAX number*