UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYRACUSE MOUNTAINS CORPORATION,<br><br>              Plaintiff,<br><br>v.<br><br>PETRÓLEOS DE VENEZUELA S.A.,<br><br>              Defendant. | Civil Action No. 1:21-cv-02684-VEC |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND PROPOSED ORDER**

Dennis H. Tracey, III, Richard C. Lorenzo, Catherine Bratic and Ian Lewis-Slammon respectfully withdraw their appearance as counsel of record for Defendant Petróleos de Venezuela, S.A. ("PDVSA") in the above-captioned proceeding. No other attorney is withdrawing his or her appearance by this notice. On February 28, 2023, incoming counsel for PDVSA entered their appearances (ECF Nos. 108, 109 and 110).

Dated: New York, New York
        March 2, 2023

Respectfully submitted,

By: */s/ Dennis H. Tracey, III*
Dennis H. Tracey, III
Richard C. Lorenzo
Catherine Bratic
Ian Lewis-Slammon
390 Madison Avenue
New York, NY 10017
Phone: (212) 918-3000
Fax:    (212) 918-3100

*Outgoing Counsel for Defendant*
*Petróleos de Venezuela, S.A.*

**SO ORDERED:**

_____
Valerie E. Caproni
United States District Judge

Dated: _____, 2023
          New York, New York