USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/02/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYRACUSE MOUNTAINS CORPORATION,

            Plaintiff,

v.

PETRÓLEOS DE VENEZUELA S.A.,

           Defendant.

Civil Action No. 1:21-cv-02684-VEC

**NOTICE OF WITHDRAWAL OF APPEARANCE AND ~~PROPOSED~~ ORDER**

Dennis H. Tracey, III, Richard C. Lorenzo, Catherine Bratic and Ian Lewis-Slammon respectfully withdraw their appearance as counsel of record for Defendant Petróleos de Venezuela, S.A. ("PDVSA") in the above-captioned proceeding. No other attorney is withdrawing his or her appearance by this notice. On February 28, 2023, incoming counsel for PDVSA entered their appearances (ECF Nos. 108, 109 and 110).

Dated: New York, New York
       March 2, 2023

Respectfully submitted,

By: */s/ Dennis H. Tracey, III*
Dennis H. Tracey, III
Richard C. Lorenzo
Catherine Bratic
Ian Lewis-Slammon
390 Madison Avenue
New York, NY 10017
Phone: (212) 918-3000
Fax:    (212) 918-3100

*Outgoing Counsel for Defendant*
*Petróleos de Venezuela, S.A.*

---

The Clerk of Court is respectfully directed to terminate Dennis H. Tracey III, Richard C. Lorenzo, Catherine Bratic, and Ian Lewis-Slammon as counsel in this case.

**SO ORDERED:**

_____
Valerie E. Caproni
United States District Judge

Dated:   March 2  , 2023
         New York, New York