

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

August 16, 2023

VIA EFILE

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY  10007
(212) 805-6350
CaproniNYSDChambers@nysd.uscourts.gov

   Re: *Syracuse Mountains Corp. v. Petróleos de Venezuela S.A.*,
     No. 21-cv-2684-VEC

Dear Judge Caproni:

  We represent plaintiff Syracuse Mountains Corporation in the above-referenced action. We write jointly with counsel for defendant Petróleos de Venezuela S.A. in accordance with the Court's May 26, 2023 order (ECF No. 119), requesting that the parties notify the Court by August 14, 2023 whether either side intends to file a *Daubert* motion.

  There has been no expert discovery in this matter.  As such, neither party intends to file a *Daubert* motion.  We apologize for the delay in this filing; the parties misunderstood the Court's minute order to require a submission only in the event that either side intended to file a *Daubert* motion.

Respectfully submitted,

/s/ Daniel H. Weiner
Daniel H. Weiner
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
Tel: (212) 837-6000
Fax: (212) 422-4726
daniel.weiner@hugheshubbard.com

Michael A. DeBernardis (admitted *pro hac vice*)
Shayda Vance
HUGHES HUBBARD & REED LLP
1775 I Street, NW
Washington, DC 20006
Tel: (202) 721-4600
Fax: (212) 422-4726
michael.debernardis@hugheshubbard.com
shayda.vance@hugheshubbard.com

*Counsel for Plaintiff Syracuse Mountains Corp.*

/s/ Kurt W. Hansson
Kurt W. Hansson
Kevin P. Broughel
James L. Ferguson
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 318-6000
Fax: (212) 319-4090
kurthansson@paulhastings.com
kevinbroughel@paulhastings.com
jamesferguson@paulhastings.com

*Attorneys for Defendant Petróleos de Venezuela S.A.*