# Vance Decl. Ex. 13 (Redacted)

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ---------------------------------------x
     SYRACUSE MOUNTAINS CORPORATION,
 4
                         Plaintiff,
 5
 6       - against -                    Civil Action No.
                                        21-cv-2684-VEC
 7
 8   PETROLEOS DE VENEZUELA S.A.,
 9                   Defendant.
     ---------------------------------------x
10
11                         Remote deposition
12                         January 25, 2022
13                         11:05 a.m.
14
15
16
            VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION of
17
        BRENO CUNHA, before Michele Moskowitz, a
18
        shorthand reporter and Notary Public of the State
19
        of New York.
20
21
22
23
24
25                       REF: 5040514

                                                        Page 1
```

```
 1                      CUNHA
 2        bank accounts and the notes that are at
 3        issue in this litigation.
 4              MS. BRATIC:  Thank you, Dan.  Your
 5        objection is noted.
 6        Q.    Let me start over with my questions
 7   here.
 8              Mr. Cunha, does Syracuse have
 9   multiple bank accounts?
10        A.    No.
11        Q.    Just one bank account; is that
12   correct?
13        A.    Yes, just one.
14        Q.    And Syracuse owns a number of notes,
15   correct?
16        A.    The number -- only those are -- which
17   are in the custody of the bank.
18        Q.    All right.  So all of Syracuse's
19   notes are held in the one bank account, correct?
20        A.    Yes.
21        Q.    And besides those notes held in that
22   bank account, Syracuse has no assets?
23        A.    That's correct.  No assets.
24        Q.    Since filing this lawsuit, has
25   Syracuse bought any new notes?
```

```
 1                         CUNHA
 2        A.    No.
 3        Q.    Has Syracuse sold any notes since
 4   filing this lawsuit?
 5        A.    No.  No.
 6        Q.    So no --
 7        A.    No financial activity at all.
 8              MR. WEINER:  Mr. Cunha, let me -- to
 9         make things easier for the reporter, let
10         Ms. Bratic finish her question before you
11         answer it, okay?
12              THE WITNESS:  Okay.  Sorry.
13        Q.    All right.  So Syracuse is
14   essentially just a holding company; is that
15   correct, Mr. Cunha?
16        A.    Yes.
17        Q.    Who provided the initial capital to
18   establish Syracuse?
19        A.    I'm sorry, I couldn't understand your
20   question very well.
21        Q.    When Syracuse was started -- let me
22   maybe go back to the certificate of
23   incorporation.
24              When Syracuse was founded, there was
25   an initial capital that was provided; is that
```

Page 31

```
 1                          CUNHA
 2       p.m.  We're back on the record.
 3       Q.    All right.  Mr. Cunha.  I want to
 4  just follow up on one point about the ultimate
 5  beneficial owners before we move on.  Your
 6  counsel has invoked that the ultimate beneficial
 7  owners have genuine security concerns with their
 8  identities being disclosed to PDVSA.  Have you
 9  spoken to the beneficial owners about any
10  security concerns?
11       A.    I'm sorry, if I have spoken to the
12  beneficial owners about my deposition today?
13       Q.    Have you spoken to them about any
14  security concerns they have with their identities
15  being revealed to PDVSA?
16       A.    No, not -- no.  We have each -- no.
17       Q.    Do ████████████ have any security
18  concerns?
19       A.    No.
20       Q.    To the best of your knowledge, do the
21  ultimate beneficial owners have any particular
22  ties to Venezuela or PDVSA that should make them
23  concerned for their security?
24       A.    No.
25       Q.    All right.  I would like to talk then
```

Page 104

```
 1                       CUNHA
 2    about Syracuse's acquisition of the notes.  Who
 3    is the person who manages Syracuse's finances?
 4         A.    I am the -- Syracuse's manager.  You
 5    mean if I manage Syracuse's account, bank
 6    account.
 7         Q.    And can you confirm that Syracuse
 8    holds beneficial interests in the five notes that
 9    were mentioned in Syracuse's Complaint?
10         A.    If I confirm the beneficial owners
11    are those who we have spoken about, yes.
12         Q.    I'm talking now about the notes
13    specifically.
14         A.    Oh, the notes.
15         Q.    There are five different notes
16    mentioned.  You're familiar with those notes,
17    correct?
18         A.    Yes.  I know the notes.
19         Q.    And you have personal knowledge of
20    Syracuse's ownership of those notes?
21         A.    Yes.  I know because they are in
22    Syracuse's custody.  Custody at the bank.
23         Q.    All right.  Does Syracuse have copies
24    of actual executed versions of any of those
25    notes?
```

Page 105

```
 1                        CUNHA
 2    notes or -- from shareholders directly to the
 3    bank is custody, in the bank custody, give us
 4    statement having the notes, but I don't go over
 5    the layers of the notes, no.
 6         Q.   Okay.  Have you ever seen -- have you
 7    personally ever seen a document signed by PDVSA
 8    or its representative, for example, that looks
 9    like a note?
10         A.   No.  I -- in the past I just
11    following them, having any issue, they -- new
12    notes and I will read on the Internet but never
13    go.  Not personally double check the note itself
14    or the regulations or the details.  Just
15    summarized by the bank.
16         Q.   Okay.  Does Syracuse -- now I'll pull
17    that down.  We're done with that exhibit.
18              Does Syracuse hold the notes directly
19    as a note holder?
20         A.   Yes.  When they received the notes
21    into bank custody, they start belonging to
22    Syracuse.  From November 2020.
23         Q.   And you mentioned bank custody.  What
24    bank are you referring to?
25         A.   I mean the Safra Bank received them
```

Page 110

```
 1                         CUNHA
 2   into its custody and I guess people in charge of
 3   it double check, read.  The proper department of
 4   the bank.
 5        Q.    So your -- is it your -- just to
 6   summarize it, do I understand correctly that
 7   you're saying Syracuse owns the notes directly
 8   and that those notes are held by Safra?
 9        A.    Yes.  Received them in November 2020
10   and they are held by Safra.
11        Q.    Are you familiar with entities called
12   Euroclear or Clearstream or Depository Trust
13   Corporation, DTC?  Do any of those sound
14   familiar?
15        A.    Well, I'm familiar they're
16   custodians, they are -- they deal with each
17   organizations like Euroclear and CE.  They have
18   their -- but I'm not very familiarized with the
19   actual workings itself, which one provides, but
20   they deal with the custodians.  Directly I never
21   have any contact with them.  Always through the
22   bank, through letters through the bank.
23        Q.    Okay. And do you know whether
24   Syracuse's notes are held through Euroclear,
25   Clearstream, DTC or some other companies?
```

Page 111

```
 1                        CUNHA
 2    or building.  I don't know.
 3         Q.    Do you know if Safra Bank has ever
 4    been investigated or sanctioned by a government
 5    authority?
 6         A.    No.  I have no idea at all.
 7         Q.    All right.  You stated earlier --
 8    just to change the subject, you stated earlier
 9    that Syracuse acquired the notes from its
10    shareholders in November 2020; is that correct?
11         A.    Yes.  They were kind of -- yes.
12    Making sure.
13         Q.    Did Syracuse pay shareholders for the
14    notes?
15         A.    No.  It was an exchange for capital
16    participation.  Syracuse didn't have any money to
17    pay for any bonds or any notes.
18         Q.    Are there any contracts that govern
19    that agreement, the exchange of notes for capital
20    participation?
21         A.    As far as I know, no.
22         Q.    Who negotiated that deal?
23         A.    Well, I don't know.  A group of
24    investors decided to be together and who wants to
25    participate and who doesn't want to participate
```

Page 122

```
 1                         CUNHA
 2    market.  It's the biggest one.
 3         Q.    Were all of the notes acquired before
 4    2017 by the shareholders?
 5         A.    Oh, yes.  They are defaulted notes.
 6    When people or shareholder transfer those notes,
 7    there's no market for the notes.  Nobody going to
 8    buy them or able to buy them or pay for them
 9    because I guess it was even forbidden to be -- to
10    be -- to be -- to try to sell them on the market.
11    No.  That's not possible.
12         Q.    Okay.  So the shareholders owned
13    these notes before 2017?
14         A.    Yes.  Yes.  But originally I don't
15    know first owner.  I'm not able to say.  Because
16    sometimes people buy and sell, buy again.
17         Q.    All right.  I understand.  That's
18    helpful.
19               Has Syracuse or have its shareholders
20    ever tried to sell the notes?
21         A.    No.  Even -- I'm sorry to say
22    something here.  It won't be possible because
23    they're defaulted notes.  There's no market here.
24    I believe.  I'm not able to sell because it
25    doesn't belong to Syracuse directly.  I have to
```

Page 143

```
 1                           CUNHA
 2      respect the shareholders' participation.
 3           Q.    Have the notes ever been surrendered
 4      or redeemed?
 5           A.    No.
 6           Q.    Has Syracuse ever tried to surrender
 7      them or redeem them?
 8           A.    No.  Syracuse has no interest in
 9      making one cent for anyone from the notes.
10      Syracuse is just holding the notes in custody of
11      the bank.
12           Q.    Has anyone ever told Syracuse that
13      the -- that its acquisition of the notes was not
14      valid?
15           A.    No.  No.  And I don't think it would
16      be possible because they're always acquired
17      through market, regular market.  I don't know
18      someone would acquire through the market.
19      Because the bank -- Safra Bank or the bank Chase
20      Bank and Citibank, they don't accept it ever.
21      They don't care much with a bank with a note in
22      your hand.  It doesn't exist.
23           Q.    Has anyone ever told Syracuse that
24      the notes themselves are not valid?
25           A.    No.  Never even was mentioned.  I --
```

Page 144

|    |                                                             |
|----|-------------------------------------------------------------|
| 1  | CUNHA                                                       |
| 2  | no.  Not to me.                                             |
| 3  |         Q.     Well, to anyone else at Syracuse             |
| 4  | either?                                                     |
| 5  |         A.     No.  No.  I could say I read it in a         |
| 6  | different lawsuit that PDVSA tried to say the               |
| 7  | notes were not valid, but the judge ruled against           |
| 8  | it.  That's what I know.  But not these notes.              |
| 9  | Another notes.                                              |
| 10 |         Q.     Is there any dispute between Syracuse        |
| 11 | and anyone else regarding Syracuse's ownership of           |
| 12 | the notes?                                                  |
| 13 |         A.     No.  Syracuse is not in dispute at           |
| 14 | all with any -- any entity or any person.                   |
| 15 |         Q.     Is there anyone else who might claim         |
| 16 | an ownership interest in these same notes?                  |
| 17 |         A.     As far as I know, no.                        |
| 18 |         Q.     Has Syracuse ever received any               |
| 19 | payments under the notes?                                   |
| 20 |         A.     No.  It's impossible.                        |
| 21 |         Q.     Has Syracuse received any offers of          |
| 22 | partial payment under the notes?                            |
| 23 |         A.     No.  Again, it's impossible if the           |
| 24 | paying agency informs something to the market               |
| 25 | because Syracuse is just one -- one little tiny             |

Page 145

| | |
|---|---|
| 1 | CUNHA |

2     portion of the market.  It has to be from all the

3     participants.  If any offer one day, I don't

4     know.  May be received.  But paying agent must to

5     be involved, I believe.

6              MR. WEINER:  Catherine, I hate to

7         interrupt.  I'm going to ask the court

8         reporter to read back the last answer and

9         the answer before that.

10             (The record is read back by the

11        reporter.)

12        Q.    Mr. Cunha, why do you say it's

13    impossible for Syracuse to receive payments?

14        A.    Because it's -- I -- perhaps it's too

15    strong.  I would say no.  But I don't believe it

16    would be possible because in my mind how could

17    one make enough without knowing.  Because the

18    market know -- the whole world knows about the

19    notes.  Bloomberg, Reuters.  How could you send

20    or receive a proposal from PDVSA for -- it's

21    impossible.  There are trustees, paying agent.

22    No.  I don't think it would be possible, but I

23    haven't received any at all.

24        Q.    When Syracuse acquired these notes in

25    November 2020, did it expect it would ever be

Page 146