UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYRACUSE MOUNTAINS CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>PETRÓLEOS DE VENEZUELA, S.A.<br><br>  Defendant. | Case No.: 1:21-cv-02684-VEC<br><br>ORAL ARGUMENT REQUESTED |

### NOTICE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, statement of material facts pursuant to Local Civil Rule 56.1, and the declaration of Kevin P. Broughel, dated September 1, 2023, and the exhibits annexed thereto, Defendant Petróleos de Venezuela, S.A. ("PDVSA") will move this Court for an order pursuant to Federal Rule of Civil Procedure 56 granting summary judgment in PDVSA's favor and against Plaintiff Syracuse Mountains Corporation ("Plaintiff") on all claims and defenses.

PLEASE TAKE FURTHER NOTICE that any opposition to this motion shall be served on or before September 29, 2023, and that PDVSA's reply shall be served on or before October 13, 2023.

| | |
|---|---|
| Dated: September 1, 2023<br>New York, New York | **PAUL HASTINGS LLP**<br><br> s/ *Kurt W. Hansson*     <br>Kurt W. Hansson<br>Kevin P. Broughel<br>James L. Ferguson<br>Zachary D. Melvin (*application pending*)<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: 212-318-6000<br>Facsimile: 212-319-4090<br>kurthansson@paulhastings.com<br>kevinbroughel@paulhastings.com<br>jamesferguson@paulhastings.com<br>zacharymelvin@paulhastings.com<br><br>*Counsel for Defendant Petróleos de Venezuela, S.A.* |