UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYRACUSE MOUNTAINS
CORPORATION,

                Plaintiff,

v.

PETRÓLEOS DE VENEZUELA S.A.,

                Defendant.

Civil Action No.: 21-cv-2684-VEC

---

**DECLARATION OF SHAYDA VANCE IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Shayda Vance, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an associate at Hughes Hubbard & Reed LLP and counsel of record for Plaintiff Syracuse Mountains Corporation ("Syracuse"). In that capacity, I am familiar with the facts and circumstances set forth herein. I submit this Declaration to put before the Court documents cited in the accompanying Memorandum of Law in support of Plaintiffs' Motion for Summary Judgment in the above-captioned case.

2. Attached hereto as Exhibit 1 is a true and accurate copy of the complaint in this action dated March 29, 2021 (ECF No. 2) ("Complaint").

3. Attached hereto as Exhibit 2 is a true and accurate copy of the indenture issued April 12, 2007, Exhibit A to the Complaint, (ECF No. 2-1) (the "2007 Indenture") pursuant to which Defendant Petróleos de Venezuela S.A. ("PDVSA") issued the 2027 Notes.

4. Attached hereto as Exhibit 3 is a true and accurate copy of the indenture issued February 17, 2011, Exhibit B to the Complaint, (ECF No. 2-2) (the "February 2011 Indenture") pursuant to which PDVSA issued the 2022 Notes.

1

5. Attached hereto as Exhibit 4 is a true and accurate copy of the indenture issued November 17, 2011, Exhibit C to the Complaint, (ECF No. 2-3) (the "November 2011 Indenture") pursuant to which PDVSA issued the 2021 Notes.

6. Attached hereto as Exhibit 5 is a true and accurate copy of the indenture issued May 17, 2012, Exhibit D to the Complaint, (ECF No. 2-4) (the "2012 Indenture") pursuant to which PDVSA issued the 2035 Notes.

7. Attached hereto as Exhibit 6 is a true and accurate copy of the indenture issued November 15, 2013, Exhibit E to the Complaint, (ECF No. 2-5) (the "2013 Indenture") pursuant to which PDVSA issued the 2026 Notes.

8. Attached hereto as Exhibit 7 is a true and accurate copy Defendant PDVSA's Answer in this action, dated December 1, 2021 (ECF No. 33).

9. Attached hereto as Exhibit 8 is a true and accurate copy of a letter, dated March 18, 2021, from Cede & Co., as nominee of The Depository Trust Company and holder of record of the 2021 Notes, authorizing Syracuse "to take any and all actions and exercise any and all rights and remedies that Cede & Co. as the holder of record of the USD 2,000,000 principal amount of the Notes is entitled to take[.]"

10. Attached hereto as Exhibit 9 is a true and accurate copy of a letter, dated March 18, 2021, from Cede & Co., as nominee of The Depository Trust Company and holder of record of the 2022 Notes, authorizing Syracuse "to take any and all actions and exercise any and all rights and remedies that Cede & Co. as the holder of record of the USD 214,150,000 principal amount of the Notes is entitled to take[.]"

11. Attached hereto as Exhibit 10 is a true and accurate copy of a letter, dated March 18, 2021, from Cede & Co., as nominee of The Depository Trust Company and holder of record

of the 2026 Notes, authorizing Syracuse "to take any and all actions and exercise any and all rights and remedies that Cede & Co. as the holder of record of the USD 20,000,000 principal amount of the Notes is entitled to take[.]"

12.     Attached hereto as Exhibit 11 is a true and accurate copy of a letter, dated March 26, 2021, from Safra Securities LLC ("SSL"), the custodian for Safra National Bank of New York and holder of record of the 2027 Notes, authorizing Syracuse "to take any and all actions and exercise any and all rights and remedies that SSL, as the holder of the Notes before Clearstream Banking S.A. would be entitled to take[.]"

13.     Attached hereto as Exhibit 12 is a true and accurate copy of a letter, dated March 18, 2021, from Cede & Co., as nominee of The Depository Trust Company and holder of record of the 2035 Notes, authorizing Syracuse "to take any and all actions and exercise any and all rights and remedies that Cede & Co. as the holder of record of the USD 69,150,000 principal amount of the Notes is entitled to take[.]"

14.     Attached hereto as Exhibit 13 is a true and accurate copy of excerpts of the transcript of the deposition of Breno Cunha taken on January 25, 2022 in this matter.

15.     Attached hereto as Exhibit 14 is a true and accurate copy of excerpts of the transcript of the deposition of Pedro Luis Cunha Farias taken on July 11, 2022 in this matter.

16.     Discovery in this matter lasted eighteen months.  PDVSA made two sets of document requests to Syracuse, pursuant to which Syracuse produced 219 responsive documents across seven productions.  PDVSA subpoenaed Syracuse's bank, Safra National Bank of New York, and submitted Letters of Request and Letters Rogatory for third-party discovery from eleven international banks and institutions and four individuals.  PDVSA also deposed two individuals associated with Syracuse, three employees of Safra National Bank of New York, and

a former employee of Safra National Bank of New York.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2023

_____
Shayda Vance